UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NOTA MUSIC PUBLISHING, INC., )
also d/b/a NOTA PUBLISHING, INC.; )
CARTAGENA ENTERPRISES, INC., also d/b/a )
CARTAGENA PUBLISHING; )
DAVID GRISMAN and CRAIG MILLER, )
individually and collectively, and d/b/a )
DAWG MUSIC, and also d/b/a ACOUSTIC DISC; )
HMS DISTRIBUTORS, INC., also d/b/a )
J & N RECORDS and d/b/a J & N PUBLISHING; )   **'07 CIV 6307**
JVN MUSIC, INC., also d/b/a JVN RECORDS; )
THE MUSIC FORCE LLC; )
also d/b/a FULL FORCE MUSIC )   **RULE 7.1 STATEMENT**
MUSICAL PRODUCTIONS, INC.; )
ON TOP RECORDS CORP., also d/b/a )
STILL ON TOP PUBLISHING and d/b/a )
REAL SMOOTH PUBLISHING; )
PLATANO RECORDS CORP.; )
RICO RECORDS DISTRIBUTING, INC.; )
individually and on behalf of all others )
similarly situated, )
)
    Plaintiffs, )
)
    -against- )
)
SIRIUS SATELLITE RADIO INC., )
)
    Defendant. )
)



*Judge Hellerstein*

---

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel certifies that ***Nota Music Publishing, Inc., also doing business as Nota Publishing, Inc.*** is fully owned by J&N Records LLC. J&N Records LLC has no parent corporation or publicly held corporation owning ten percent or more of its stock. The undersigned counsel further certifies that there is no publicly held corporation owning ten percent or more of stock in ***Nota Music Publishing, Inc., also doing business as Nota Publishing, Inc.***

Dated: New York, New York
       July 10, 2007

                                            Christopher Lovell (CL 2595)