UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NOTA MUSIC PUBLISHING, INC., )
also d/b/a NOTA PUBLISHING, INC.; )
CARTAGENA ENTERPRISES, INC., also d/b/a )
CARTAGENA PUBLISHING; )
DAVID GRISMAN and CRAIG MILLER, )
individually and collectively, and d/b/a )
DAWG MUSIC, and also d/b/a ACOUSTIC DISC; )
HMS DISTRIBUTORS, INC., also d/b/a )
J & N RECORDS and d/b/a J & N PUBLISHING; )
JVN MUSIC, INC., also d/b/a JVN RECORDS; )
THE MUSIC FORCE LLC; )
also d/b/a FULL FORCE MUSIC )
MUSICAL PRODUCTIONS, INC.; )
ON TOP RECORDS CORP., also d/b/a )
STILL ON TOP PUBLISHING and d/b/a )
REAL SMOOTH PUBLISHING; )
PLATANO RECORDS CORP.; )
RICO RECORDS DISTRIBUTING, INC.; )
individually and on behalf of all others )
similarly situated, )
 )
    Plaintiffs, )
 )
    -against- )
 )
SIRIUS SATELLITE RADIO INC., )
 )
    Defendant. )
 )

Judge Hellerstein

07 CIV 6307

**RULE 7.1 STATEMENT**



JUL 10 2007
U.S.D.C. S.D. N.Y.
CASHIERS

---

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for *HMS Distributors, Inc., also doing business as J & N Records and doing business as J & N Publishing* certifies that there is no parent corporation or publicly held corporation owning ten percent or more of its stock.

Dated: New York, New York
       July 10, 2007

_____
Christopher Lovell (CL 2595)