UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NOTA MUSIC PUBLISHING, INC.,  )
also d/b/a NOTA PUBLISHING, INC.;  )
CARTAGENA ENTERPRISES, INC., also d/b/a  )
CARTAGENA PUBLISHING;  )
DAVID GRISMAN and CRAIG MILLER,  )
individually and collectively, and d/b/a  )
DAWG MUSIC, and also d/b/a ACOUSTIC DISC;  )
HMS DISTRIBUTORS, INC., also d/b/a  )
J & N RECORDS and d/b/a J & N PUBLISHING;  )
JVN MUSIC, INC., also d/b/a JVN RECORDS;  )
THE MUSIC FORCE LLC;  )
also d/b/a FULL FORCE MUSIC  )
MUSICAL PRODUCTIONS, INC.;  )
ON TOP RECORDS CORP., also d/b/a  )
STILL ON TOP PUBLISHING and d/b/a  )
REAL SMOOTH PUBLISHING;  )
PLATANO RECORDS CORP.;  )
RICO RECORDS DISTRIBUTING, INC.;  )
individually and on behalf of all others  )
similarly situated,  )
)
     Plaintiffs,  )
)
    -against-  )
)
SIRIUS SATELLITE RADIO INC.,  )
)
     Defendant.  )
)

07 CIV 6307

Judge Hellerstein

**RULE 7.1 STATEMENT**

---

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for *The Music Force LLC, also doing business as Full Force Music* certifies that there is no parent corporation or publicly held corporation owning ten percent or more of its stock.

Dated: New York, New York
July 10, 2007

_____
Christopher Lovell (CL 2595)