UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NOTA MUSIC PUBLISHING, INC.,
also d/b/a NOTA PUBLISHING, INC.;
CARTAGENA ENTERPRISES, INC., also d/b/a
CARTAGENA PUBLISHING;
DAVID GRISMAN and CRAIG MILLER,
individually and collectively, and d/b/a
DAWG MUSIC, and also d/b/a ACOUSTIC DISC;
HMS DISTRIBUTORS, INC., also d/b/a
J & N RECORDS and d/b/a J & N PUBLISHING;
JVN MUSIC, INC., also d/b/a JVN RECORDS;
THE MUSIC FORCE LLC;
also d/b/a FULL FORCE MUSIC
MUSICAL PRODUCTIONS, INC.;
ON TOP RECORDS CORP., also d/b/a
STILL ON TOP PUBLISHING and d/b/a
REAL SMOOTH PUBLISHING;
PLATANO RECORDS CORP.;
RICO RECORDS DISTRIBUTING, INC.;
individually and on behalf of all others
similarly situated,

  Plaintiffs,

  -against-

SIRIUS SATELLITE RADIO INC.,

  Defendant.

*Judge Hellerstein*

**07 CIV 6307**

**RULE 7.1 STATEMENT**

---

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for ***On Top Records Corp., also doing business as Still On Top Publishing and doing business as Real Smooth Publishing*** certifies that there is no parent corporation or publicly held corporation owning ten percent or more of its stock.

Dated: New York, New York
   July 10, 2007

                    _____
                     Christopher Lovell (CL 2595)