UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NOTA MUSIC PUBLISHING, INC., also d/b/a NOTA PUBLISHING, INC.; CARTAGENA ENTERPRISES, INC., also d/b/a CARTAGENA PUBLISHING; DAVID GRISMAN and CRAIG MILLER, individually and collectively, and d/b/a DAWG MUSIC, and also d/b/a ACOUSTIC DISC; HMS DISTRIBUTORS, INC., also d/b/a J & N RECORDS and d/b/a J & N PUBLISHING; JVN MUSIC, INC., also d/b/a JVN RECORDS; THE MUSIC FORCE LLC; also d/b/a FULL FORCE MUSIC MUSICAL PRODUCTIONS, INC.; ON TOP RECORDS CORP., also d/b/a STILL ON TOP PUBLISHING and d/b/a REAL SMOOTH PUBLISHING; PLATANO RECORDS CORP.; RICO RECORDS DISTRIBUTING, INC.; individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> -against- <br><br> SIRIUS SATELLITE RADIO INC., <br><br> Defendant. |  <br><br> **RULE 7.1 STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for ***Platano Records Corp.*** certifies that there is no parent corporation or publicly held corporation owning ten percent or more of its stock.

Dated: New York, New York
July 10, 2007

Christopher Lovell (CL 2595)