UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NOTA MUSIC PUBLISHING, INC., )
also d/b/a NOTA PUBLISHING, INC.; )
CARTAGENA ENTERPRISES, INC., also d/b/a )
CARTAGENA PUBLISHING; )
DAVID GRISMAN and CRAIG MILLER, )
individually and collectively, and d/b/a )
DAWG MUSIC, and also d/b/a ACOUSTIC DISC; )
HMS DISTRIBUTORS, INC., also d/b/a )
J & N RECORDS and d/b/a J & N PUBLISHING; )
JVN MUSIC, INC., also d/b/a JVN RECORDS; )
THE MUSIC FORCE LLC; )
also d/b/a FULL FORCE MUSIC ) **RULE 7.1 STATEMENT**
MUSICAL PRODUCTIONS, INC.; )
ON TOP RECORDS CORP., also d/b/a )
STILL ON TOP PUBLISHING and d/b/a )
REAL SMOOTH PUBLISHING; )
PLATANO RECORDS CORP.; )
RICO RECORDS DISTRIBUTING, INC.; )
individually and on behalf of all others )
similarly situated, )
)
    Plaintiffs, )
)
    -against- )
)
SIRIUS SATELLITE RADIO INC., )
)
    Defendant. )
)

*Judge Hellerstein*

**07 CIV 6307**

RECEIVED JUL 10 2007 U.S.D.C. S.D.N.Y. CASHIERS

---

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel certifies that ***Musical Productions, Inc.*** is fully owned by J&N Records LLC. J&N Records LLC has no parent corporation or publicly held corporation owning ten percent or more of its stock. The undersigned counsel further certifies that there is no publicly held corporation owning ten percent or more of stock in ***Musical Productions, Inc.***

Dated: New York, New York
       July 10, 2007

                                         Christopher Lovell (CL 2595)