AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN **DISTRICT OF** NEW YORK

NOTA PUBLISHING, INC., et al.

additional Plaintiffs listed on Exhibit A attached hereto

V.

SIRIUS SATELLITE RADIO INC.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07 CV 6307

Judge Hellerstein

TO: (Name and address of defendant)

SIRIUS SATELLITE RADIO INC.
C/O CT CORPORATION
111 8TH AVE 13TH FLOOR
NEW YORK, NEW YORK, 10011

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

CHRISTOPHER LOVELL
LOVELL STEWART HALEBIAN LLP
500 FIFTH AVENUE, 58TH FLOOR
NEW YORK, NEW YORK 10110

an answer to the complaint which is herewith served upon you, within _____20 (twenty)_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**            JUL 1 0 2007

CLERK            DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 7-12-07 |
| NAME OF SERVER (PRINT) Kenneth Smith | TITLE Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Registered Agent: CT Corporation 111 8th Ave. NY, NY 10011    Nora Dindyal Process Specialist

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL $4.00 | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7-13-07
              Date

Signature of Server: KSTh

Lovell Stewart Halebian LLP
500 5th Ave. NY, NY 10010
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## **EXHIBIT A**

Nota Music Publishing, Inc., also doing business as Nota Publishing, Inc.; Cartagena Enterprises, Inc., also doing business as Cartagena Publishing; Plaintiff David Grisman and Craig Miller, individually and collectively, and doing business as Dawg Music, and also doing business as Acoustic Disc; HMS Distributors, Inc., also doing business as J & N Records and doing business as J & N Publishing; JVN Music, Inc., also doing business as JVN Records; The Music Force LLC, also doing business as Full Force Music; Musical Productions, Inc.; On Top Records Corp., also doing business as Still On Top Publishing and doing business as Real Smooth Publishing; Platano Records Corp. and RICO Records Distributing, Inc. individually and on behalf of all others similarly situated.