UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X
NOTA MUSIC PUBLISHING, INC., et al., :
:
: 07 CV 6307 (AKH)
Plaintiffs, : **ECF CASE**
:
-against- : **NOTICE OF APPEARANCE**
:
SIRIUS SATELLITE RADIO INC., :
:
Defendant. :
------------------------------------X

      PLEASE TAKE NOTICE that Michael S. Oberman hereby appears as counsel for Defendant Sirius Satellite Radio Inc. He was admitted to practice before this Court on June 19, 1973 and has registered with this Court's ECF system.

Dated:  New York, New York
        July 18, 2007

                                    /s/ Michael S. Oberman

                              Michael S. Oberman (MO 9838)
                          KRAMER LEVIN NAFTALIS & FRANKEL LLP
                          1177 Avenue of the Americas
                          New York, New York 10036
                          (212) 715-9100

                          Attorneys for Sirius Satellite Radio Inc.

KL3 2604492.1