UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
NOTA MUSIC PUBLISHING, INC., et al.,

       Plaintiffs,

-against-

SIRIUS SATELLITE RADIO INC.,

       Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

07 CV 6307 (AKH)
**ECF CASE**

**RULE 7.1 STATEMENT**

    Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for plaintiff Sirius Satellite Radio Inc. ("Sirius") certifies that Sirius has no parent corporation and that there is no publicly held corporation that owns 10% or more of the stock of Sirius.

Dated: New York, New York
     July 18, 2007

            /s/ Michael S. Oberman
           Michael S. Oberman (MO 9838)
          KRAMER LEVIN NAFTALIS & FRANKEL LLP
          1177 Avenue of the Americas
          New York, New York 10036
          (212) 715-9100

          Attorneys for Sirius Satellite Radio Inc.

KL3 2604510.1