HELLERSTEIN J.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/30/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

NOTA MUSIC PUBLISHING, INC., et al.,

           Plaintiffs,

    -against-

SIRIUS SATELLITE RADIO INC.,

           Defendant.

------------------------------------X

07 CV 6307 (AKH)
**ECF CASE**

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for parties that the time for Defendant to answer, move or otherwise respond to the Complaint filed in the above-captioned proceeding is extended from August 1, 2007 through and including September 10, 2007.

Dated: New York, New York
July 27, 2007

LOVELL STEWART HALEBIAN LLP

By: _____
   Christopher Lovell (CL-2595)
500 Fifth Avenue., 58th Fl.
New York, N.Y. 10110
(212) 608-1900
*Attorneys for Plaintiffs and the Proposed Class*

KRAMER LEVIN NAFTALIS & FRANKEL LLP

By: _____
   Michael S. Oberman (MO-9838)
1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100
*Attorneys for Sirius Satellite Radio Inc.*

SO ORDERED: 7/30/07

_____
ALVIN K. HELLERSTEIN, U.S.D.J.

KL3 2625932.1