```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/11/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

NOTA MUSIC PUBLISHING, INC., et al.,

                     Plaintiffs,

             -against-

SIRIUS SATELLITE RADIO INC.,

                    Defendant.

------------------------------------X

07 CV 6307 (AKH)
**ECF CASE**

**STIPULATION**

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for parties that the time for Defendant to answer, move or otherwise respond to the Complaint filed in the above-captioned proceeding, having been previously extended once from August 1, 2007 to September 10, 2007, is hereby extended to October 31, 2007. (A Court conference is scheduled for October 19, 2007.)

Dated:  New York, New York
         September 5, 2007

LOVELL STEWART HALEBIAN LLP

By: _____
Christopher Lovell (CL-2595)
500 Fifth Avenue., 58th Fl.
New York, N.Y. 10110
(212) 608-1900
*Attorneys for Plaintiffs and the Proposed Class*

KRAMER LEVIN NAFTALIS & FRANKEL LLP

By: _____
Michael S. Oberman (MO-9838)
1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100
*Attorneys for Sirius Satellite Radio Inc.*

SO ORDERED: 9-10-07

_____
ALVIN K. HELLERSTEIN, U.S.D.J.

KL3 2605932.2