Hellerstein, J

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/26/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------X
NOTA MUSIC PUBLISHING, INC., et al.,

                Plaintiffs,

                -against-

SIRIUS SATELLITE RADIO INC.,

                Defendant.
---------------------------------X

07 CV 6307 (AKH)
**ECF CASE**

**STIPULATION**

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for parties that the time for Defendant to answer, move or otherwise respond to the Complaint filed in the above-captioned proceeding, having been previously extended from August 1, 2007 to September 10, 2007 and then from September 10, 2007 to October 31, 2007, is hereby extended to January 11, 2008. (A Court conference is scheduled for December 14, 2007).

Dated: New York, New York
October 19, 2007

LOVELL STEWART HALEBIAN LLP

By: _____
Christopher Lovell (CL-2595)
500 Fifth Avenue., 58th Fl.
New York, N.Y. 10110
(212) 608-1900
*Attorneys for Plaintiffs and the Proposed Class*

KRAMER LEVIN NAFTALIS & FRANKEL LLP

By: _____
Michael S. Oberman (MO-9838)
1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100
*Attorneys for Sirius Satellite Radio Inc.*

SO ORDERED: 10/26/07

_____
ALVIN K. HELLERSTEIN, U.S.D.J.

KL3 2621164.1