# LOVELL STEWART HALEBIAN LLP
## ATTORNEYS AT LAW
### 500 FIFTH AVENUE
### NEW YORK, NEW YORK 10110
### www.lshllp.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/11/07

TELEPHONE
(212) 608-1900

FACSIMILE
(212) 719-4775

RECEIVED
DEC 10 2007
ALVIN...

December 7, 2007

*The conf. is adjourned to Feb. 8, 2008, at 9:30 am  12/10/07*
*[signature] A.K. Hellerstein*

**VIA FACSIMILE**

The Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street, Room 1050
New York, New York 10007
Facsimile: (212) 805-7942

RE: *Nota Music Publishing, Inc., et al. v. SIRUS Satellite Radio Inc.*, 07 Civ. 6307 (AKH)—December 14, 2007 Status Conference

Dear Judge Hellerstein:

As we informed Your Honor at the initial case management conference on October 10, 2007, the parties have made significant progress in attempting to resolve this action. Since the October 10 conference, documents have been exchanged, the parties have met, parameters discussed and the usual extensive argumentation has occurred.

However, the parties are in agreement that plaintiffs need to obtain from non-parties, through subpoena, various data before any further progress can be made. The primary, and perhaps only, subpoena has been served.

In these circumstances, the parties respectfully request that the Court adjourn the status conference currently scheduled for December 14, 2007 for approximately 45 days and until a time of the Court's convenience in early February 2008.

As an attorney for plaintiffs, I believe that the extension will permit sufficient time to allow the receipt and analysis of the needed documents and determine whether the parties can resolve this action without significant further expenditure of resources for discovery and full-blown litigation.

**MEMO ENDORSED**

Thank you very much.

Respectfully submitted,

Christopher Lovell

cc: Michael Oberman (Counsel for Defendant Sirius Satellite Radio)