UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/11/08

------------------------------------X
NOTA MUSIC PUBLISHING, INC., et al.,

        Plaintiffs,

    -against-

SIRIUS SATELLITE RADIO INC.,

        Defendant.
------------------------------------X

07 CV 6307 (AKH)

**ECF CASE**

**STIPULATION**

WHEREAS, the time for Defendant to answer, move or otherwise respond to the complaint filed in the above-captioned proceeding having been previously extended from August 1, 2007 to September 10, 2007, then from September 10, 2007 to October 31, 2007, and then from October 31, 2007 to January 11, 2008, and Plaintiffs having advised Defendant that they intend to serve an amended complaint,

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties that Plaintiffs shall serve their amended complaint by January 28, 2008 and Defendant shall answer, move or otherwise respond to the amended complaint by February 19, 2008. (A Court conference is scheduled for February 8, 2008.)

Dated: New York, New York
       January 2, 2008

LOVELL STEWART HALEBIAN LLP

By: _____
    Christopher Lovell (CL-2595)
500 Fifth Avenue., 58th Fl.
New York, N.Y. 10110
(212) 608-1900
*Attorneys for Plaintiffs and the Proposed Class*

KRAMER LEVIN NAFTALIS & FRANKEL LLP

By: _____
    Michael S. Oberman (MO-9838)
1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100
*Attorneys for Sirius Satellite Radio Inc.*

KL3 2621164.1

So ordered
1-11-08
[signature]