UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

NOTA MUSIC PUBLISHING, INC., et al.,

                Plaintiffs,

            -against-

SIRIUS SATELLITE RADIO INC.,

                Defendant.

------------------------------------X

07 CV 6307 (AKH)
**ECF CASE**

**STIPULATION**

**WHEREAS**, the time for Plaintiffs to file an amended complaint having been previously set for January 28th, 2008,

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for the parties that Plaintiffs shall serve their amended complaint by February 4, 2008. (A Court conference is scheduled for February 8, 2008.)

Dated:  New York, New York
         January 24, 2008

LOVELL STEWART HALEBIAN LLP

By: _____
    Christopher Lovell (CL-2595)
500 Fifth Avenue., 58th Fl.
New York, N.Y. 10110
(212) 608-1900
*Attorneys for Plaintiffs and the Proposed Class*

KRAMER LEVIN NAFTALIS & FRANKEL LLP

By: _____
    Michael S. Oberman (MO-9838)
1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100
*Attorneys for Sirius Satellite Radio Inc.*

SO ORDERED: 1-25-08