# LOVELL STEWART HALEBIAN LLP
### ATTORNEYS AT LAW
### 500 FIFTH AVENUE
### NEW YORK, NEW YORK 10110
### www.lshllp.com

TELEPHONE
(212) 608-1900

FACSIMILE
(212) 719-4775

February 5, 2008

**VIA FACSIMILE**

The Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street, Room 1050
New York, New York 10007
Facsimile: (212) 805-7942



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/6/08

RECEIVED FEB 06 2008 CHAMBERS ALVIN K. HELLERSTEIN U.S.D.J.

The dates of [illegible handwritten note] is adjourned to March 21, 2008, 9:30 a.m.
2-5-08
/s/ AKHellerstein

RE: *Nota Music Publishing, Inc., et al. v. Sirius Satellite Radio Inc.*, 07 Civ. 6307 (AKH)—
**JOINT REQUEST FOR ADJOURNMENT—February 8, 2008 Status Conference**

Dear Judge Hellerstein:

As an attorney for plaintiffs I am submitting this letter to request an approximate three (3) week extension, at the Court's convenience, of the status conference presently scheduled for Friday, February 8, 2008.

As reasons therefor, I respectfully state as follows:

1. As detailed in my prior letter to the Court, plaintiffs needed data that could be obtained via subpoena in order to make further progress to attempt to settle this litigation (*see* December 7, 2007 letter attached);

2. Plaintiffs received responsive data, pursuant to our subpoena, on January 29, 2008 and on February 5, 2008;

3. Plaintiffs have not had sufficient time to analyze this data and determine whether it represents complete production by the subpoenaed non-party (indeed, a deposition or questioning in some form may be appropriate in order to assure that the settlement is premised on accurate and well understood information); and

4. Plaintiffs cannot make further progress in negotiating a final settlement of this action until they have had time for such analysis and follow-up.

Accordingly, the parties jointly request an extension of approximately three (3) weeks for the status conference. The parties believe that the proposed extension, which is less than one-half of the last proposed extension, should permit them to make substantial progress on settlement negotiations.

Thank you very much.

Respectfully submitted,

*[signature]*

Christopher Lovell

cc: Michael Oberman (Counsel for Defendant Sirius Satellite Radio)