FEB 13 2008

**LOVELL STEWART HALEBIAN LLP**
ATTORNEYS AT LAW
500 FIFTH AVENUE
NEW YORK, NEW YORK 10110
www.lshllp.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/14/08

TELEPHONE
(212) 608-1900

FACSIMILE
(212) 719-4775

February 13, 2008

**VIA FACSIMILE**

The Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street, Room 1050
New York, New York 10007
Facsimile: (212) 805-7942

RE: *Nota Music Publishing, Inc., et al. v. Sirius Satellite Radio Inc.*, 07 Civ. 6307 (AKH)—
**REQUEST FOR ANOTHER DATE—March 21, 2008 Status Conference**

Dear Judge Hellerstein:

On February 6, 2008, at the parties joint request, Your Honor adjourned the previously scheduled status conference set for February 8, 2008 until March 21, 2008 at 9:30 a.m.

However, as the lead attorney for Plaintiffs herein, I believe my presence at the status conference is required. But I have a previously scheduled mediation in another matter that has been confirmed for March 20th and 21st and which cannot be rescheduled due to the mediator's limited availability.

Accordingly, I respectfully request that the status conference currently scheduled for March 21st be rescheduled to another time at the Court's convenience.

Counsel for sole Defendant Sirius does not object to the proposed rescheduling and is available on March 28th (as am I).

Thank you very much.

Respectfully submitted,

Christopher Lovell

cc: Michael Oberman (Counsel for Defendant Sirius Satellite Radio)