RECEIVED
MAR 25 2008
CHAMBERS OF
ALVIN K. HELLERSTEIN
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/26/08

**LOVELL STEWART HALEBIAN LLP**
ATTORNEYS AT LAW
500 FIFTH AVENUE
NEW YORK, NEW YORK 10110
www.lshllp.com

TELEPHONE
(212) 608-1900

FACSIMILE
(212) 719-4775

March 25, 2008

**VIA FACSIMILE**

The Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street, Room 1050
New York, New York 10007
Facsimile: (212) 805-7942

*[handwritten: Conf adjourned to May 9, 2008, 9:30 am  3-26-08  /s/ AKH]*

RE: *Nota Music Publishing, Inc., et al. v. Sirius Satellite Radio Inc.*, 07 Civ. 6307 (AKH)—
**REQUEST FOR ADJOUNRMENT—March 28, 2008 Status Conference**

Dear Judge Hellerstein:

As an attorney for plaintiffs, I am respectfully writing this letter in order to convey the parties' joint request for an adjournment of the March 28, 2008 conference for approximately thirty (30) days in order to permit ongoing settlement discussions to continue.

The parties are negotiating a settlement of this action but have not reached an agreement. In order to facilitate these ongoing negotiations, plaintiffs are taking the deposition of a subpoenaed non-party regarding the meaning of certain data produced pursuant to plaintiffs' earlier subpoena. Although the deposition has been noticed for April 3, 2008, counsel for the deponent is requesting an extension based on her schedule. In the meantime, plaintiffs and defendant are negotiating regarding other aspects of a proposed settlement.

In these circumstances, the parties jointly request an adjournment of the March 28 conference to a date of the Court's convenience, approximately thirty days after March 28.

Thank you very much.

Respectfully submitted,

Christopher Lovell

cc: Michael Oberman (Counsel for Defendant Sirius Satellite Radio)