

# LOVELL STEWART HALEBIAN LLP
ATTORNEYS AT LAW
500 FIFTH AVENUE
NEW YORK, NEW YORK 10110
www.lshllp.com

TELEPHONE
(212) 608-1900

FACSIMILE
(212) 719-4775

May 6, 2008



**VIA FACSIMILE**

The Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street, Room 1050
New York, New York 10007
Facsimile: (212) 805-7942

RE: *Nota Music Publishing, Inc., et al. v. Sirius Satellite Radio Inc.*, 07 Civ. 6307 (AKH)—
**JOINT REQUEST FOR ADJOURNMENT—May 9, 2008 Status Conference**

Dear Judge Hellerstein:

As an attorney for Plaintiffs in this proposed class action, I am writing, once again, to request an adjournment of the pre-trial conference presently scheduled for May 9th based upon the parties' progress in settlement negotiations.

In support of this application, I respectfully state as follows:

1. Plaintiffs have received the subpoenaed information that they needed to commit to a formula for settling this action.

2. After an offer from Plaintiffs, a counteroffer from Defendant and a temporary deadlock in settlement talks, the parties have made a breakthrough for a potential formula to settle this action on a class-wide basis.

3. However, the formula is being fine tuned by counsel for the Plaintiffs before it will be presented to the Defendant for approval.

4. The parties jointly submit that a brief four week adjournment in the date for the pretrial conference should permit the parties to see if this formula can provide a basis to settle the case.

Accordingly, the parties jointly request an adjournment of the May 9 conference to a date, at the Court's convenience, approximately four weeks later.

*The conf is adjourned to June 20, 2008, at 9:30 a.m.*
*5/7/08*
*[signature]*

Thank you very much.

Respectfully submitted,

Christopher Lovell

cc: Michael Oberman (Counsel for Defendant Sirius Satellite Radio)

2