UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTA MUSIC PUBLISHING, INC., also d/b/a : 
NOTA PUBLISHING, INC.; :
CARTAGENA ENTERPRISES, INC., also d/b/a :
CARTAGENA PUBLISHING; :
DAVID GRISMAN and CRAIG MILLER, :
individually and collectively, and d/b/a :
DAWG MUSIC, and also d/b/a ACOUSTIC DISC; :
HMS DISTRIBUTORS, INC., also d/b/a :
J & N RECORDS and d/b/a J & N PUBLISHING; :
JVN MUSIC, INC., also d/b/a JVN RECORDS; :
THE MUSIC FORCE LLC, also d/b/a :
FULL FORCE MUSIC; :
MUSICAL PRODUCTIONS, INC.; :
ON TOP RECORDS CORP., also d/b/a :
STILL ON TOP PUBLISHING and d/b/a :
REAL SMOOTH PUBLISHING; : No. 07 CV 6307 (AKH)
PLATANO RECORDS CORP.; :
RICO RECORDS DISTRIBUTING, INC.; :
individually and on behalf of all others similarly :
situated, :
                                            :
                 Plaintiffs, :
                                            :
      -against- :
                                            :
SIRIUS SATELLITE RADIO INC., :
                                            :
                 Defendant. :
                                            :
                                            :
                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF CHANGE OF LAW FIRM NAME

PLEASE TAKE NOTICE that effective April 21, 2008, the Law Offices of Jeffrey L. Graubart changed its name to Law Offices of Jeffrey L. Graubart, P.C.  The office address, telephone and facsimile numbers remain the same.

Please use this new firm name on all pleadings, correspondence and other documents.

Respectfully submitted on this 11th day of June, 2008.


*/s/ Jeffrey L. Graubart*
**LAW OFFICES OF JEFFREY L. GRAUBART, P.C.**
350 West Colorado Boulevard, Suite 200
Pasadena, California 91105-1855
Telephone: (626) 304-2800
Facsimile: (626) 304-2807