# LOVELL STEWART HALEBIAN LLP
ATTORNEYS AT LAW
500 FIFTH AVENUE
NEW YORK, NEW YORK 10110
www.lshllp.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/19/08

TELEPHONE
(212) 608-1900

FACSIMILE
(212) 719-4775

June 17, 2008

**VIA FACSIMILE**

The Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street, Room 1050
New York, New York 10007
Facsimile: (212) 805-7942

RE: *Nota Music Publishing, Inc., et al. v. Sirius Satellite Radio Inc.*, 07 Civ. 6307 (AKH)—
**JOINT REQUEST FOR ADJOURNMENT—June 20, 2008 Status Conference**

Dear Judge Hellerstein:

As an attorney for plaintiffs in this proposed class action, I am writing, once again, to request an adjournment of the pre-trial conference presently scheduled for June 20, 2008 based upon the parties' continued progress in settlement negotiations.

Since we last wrote to Your Honor, plaintiffs have made a revised offer, which defendant Sirius is currently evaluating. Both parties see progress in the negotiations and wish to avoid discovery procedures and costs, which could unnecessarily complicate the negotiations.

Accordingly, if the Court's calendar would permit, the parties jointly request an adjournment of the June 20 conference to July 11 or July 18.

Thank you very much.

Respectfully submitted,

Christopher Lovell

cc: Michael Oberman (Counsel for Defendant Sirius Satellite Radio)